UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DERRICK A. WILSON

CRIMINAL ACTION

NO. 06-215-JWD-RLB

**RULING AND ORDER**

This matter comes before the Court on the *Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* (Doc. 51) and the *Movant Wilson's Supplemental Motion in Support of His Motion to Vacate in Light of Supreme Court and Fifth Circuit Precedent* (Doc. 65) filed by Defendant Derrick A. Wilson. Defendant, who has three prior convictions for armed robbery and simple robbery, moves to set aside his sentence on the grounds that it was done under the enhancement of the Armed Career Criminal Act ("ACCA"), 18 U.S.C. § 924(e), and that the sentence is unconstitutional under *Johnson v. United States*, 135 S. Ct. 939 (2015).

The Government opposes the motion. (Doc. 66.) The Government argues that the prior convictions were violent felonies under the ACCA's "elements clause," § 924(e)(2)(B)(i). Thus, even though *Johnson* held the "residual clause" of § 924(e)(2)(B)(iii) unconstitutional, the Defendant was still subject to the enhancement under the "elements clause," and he is not entitled to relief.

Having carefully considered the law, the facts in the record, and the arguments and submissions of the parties, and for the reasons advanced by the Government, the Court will deny Defendant's motion. Specifically, the Fifth Circuit has held "that the Louisiana crime of simple robbery qualifies as a violent felony under the ACCA as a matter of law." *United States v.*

*Brown*, 437 F.3d 450, 451–53 (5th Cir. 2006). The Fifth Circuit found that these crimes fell under the "elements clause" of the ACCA. *Id.* As a result, regardless of the unconstitutionality of the "residual clause," Defendant was properly enhanced under the ACCA.

Accordingly,

**IT IS ORDERED** that the *Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* (Doc. 51) and the *Movant Wilson's Supplemental Motion in Support of His Motion to Vacate in Light of Supreme Court and Fifth Circuit Precedent* (Doc. 65) filed by Defendant Derrick A. Wilson are **DENIED**.

Signed in Baton Rouge, Louisiana, on November 2, 2017.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**